**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. DKC-13-0492** |
| | * | |
| **ANDRACOS MARSHALL,** | * | |
| | * | |
| **Defendant** | * | |
| | ******* | |

## BILL OF PARTICULARS

The United States of America, by and through the undersigned counsel, hereby gives notice pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure of its intent to seek the forfeiture of certain additional property in the above-referenced case.

On February 24, 2014, a federal grand jury returned a Superseding Indictment alleging that the defendant committed violations of 21 U.S.C. §§ 841 and 846, and 18 U.S.C. § 1956(h). Included in the Superseding Indictment was a notice apprising the defendant that, in the event of conviction, certain property would be subject to forfeiture to the United States. Specifically, the Superseding Indictment gave notice that, as a result of a conviction under 21 U.S.C. §§ 841 and 846, the defendant shall forfeit to the United States any property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violation, and any of his property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation. Such forfeitable property included at least $108,000,000, in addition to certain other identified assets. The Superseding Indictment also gave notice that, as a result of a conviction under the 18 U.S.C. § 1956(h) count, the defendant shall forfeit to the United States all property, real or personal, involved in the violation, and all property traceable to such property. Such forfeitable property also included at least $108,000,000, in addition to certain other identified

assets.

The Government now files this Bill of Particulars, identifying certain additional property, consistent with the general description above, that also will be subject to forfeiture in the event of conviction. The general description still applies and all such property shall be forfeitable; the particular assets that follow are part of the types of forfeitable property. Accordingly, the defendant is hereby given notice that the following property will be subject to forfeiture in the event that the defendant is found guilty of the above-referenced statutory violations: $59,000.28 seized from National Institutes of Health Federal Credit Union (NIHFCU) account #63058100 (AFTRAK #68150069-01).

        Respectfully submitted,

        Rod J. Rosenstein
        United States Attorney

        s/Thomas P. Windom
        Thomas P. Windom
        Assistant United States Attorney
        6500 Cherrywood Lane, Suite 200
        Greenbelt, MD 20770