```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| ANDRACOS MARSHALL : | |
|     Petitioner : | |
| v. : | Criminal No. DKC 13-0492-003 |
|  | Civil Action No. DKC 19-3531 |
|  : | |
| UNITED STATES OF AMERICA | |
|     Respondent : | |

**MEMORANDUM OPINION**

The government filed a motion for extension of time to respond to Petitioner's motion to vacate and set aside sentence pursuant to 28 U.S.C. § 2255 stating that it has been unable to complete its response due to the press of other matters, including "supervising the Southern Division throughout the pandemic." (ECF No. 543). In response, Mr. Marshall filed a letter to the Clerk requesting that default be entered against the government for its failure to respond to his § 2255 motion timely. He argues that the proposed order attached to the motion is unsigned by a judge and that providing the government with its requested extension would "violate the principle of fundamental fairness and the Petitioners' substantial rights." (ECF No. 544).

Courts, counsel, and litigants are facing unprecedented difficulties in processing cases due to the pandemic, including a large influx of motions due to the pandemic itself. It has become necessary to grant extensions of time beyond that normally needed

for some aspects of litigation. In light of the issues raised in the Petitioner's motion, and for the reasons stated in the Government's motion for extension, the extension is granted. A separate order will be entered.

                                               /s/
                                 DEBORAH K. CHASANOW
                                 United States District Judge